UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOE ELTON NIXON

**Plaintiff,**

v.                                                             Case No: 3:14-cv-1152-MMH-JBT

**FLORIDA STATE PRISON WARDEN,
SECRETARY, DEPARTMENT OF
CORRECTIONS,**

**Defendants.**

## PLAINTIFF'S STATUS REPORT AND REQUEST TO SET A MOTION SCHEDULE

Plaintiff, by and through undersigned counsel, hereby files this Status Report pursuant to this Court's Order dated August 3, 2017. (Doc. 48). The mandate issued in *Hitchcock v. State*, --- So. 3d ---, 2017 WL 3431500 (Fla. August 10, 2017) on October 4, 2017.[1] Plaintiff respectfully requests this Court lift the Stay and set a Motion Schedule as set forth below. As grounds in support, Plaintiff states:

1. While Plaintiff in no way concedes that the Florida Supreme Court has correctly interpreted *Hurst v. Florida*, 136 S.Ct. 616 (2017) and the impact it has on the constitutionality of Plaintiff's death sentence, Plaintiff does concede that based on current Florida Supreme Court precedent, there is no legitimate reason to continue the Stay in Plaintiff's case.

2. However, since the filing of Plaintiff's First Amended Complaint (Doc. 15), the State of Florida yet again changed its Lethal Injection Protocol. (See Doc. 42-1, "Etomidate Protocol").

---

[1] Hitchcock filed a Petition for Writ of Certiorari challenging the Florida's Supreme Court's decision on September 25, 2017 and the State filed its Brief in Opposition on October 30, 2017.

1

3. As such, Plaintiff requests that the Court allow him 30 days file a Motion for Leave to Amend accompanied by a Proposed Second Amended Complaint. [2]

4. Plaintiff further requests that this Court allow the Defendants 30 days to file a Response to the Motion for Leave to Amend, and allow Plaintiff 15 days to file a Reply to the Defendants' Response.

5. Plaintiff has consulted with counsel for the Defendants and counsel has indicated that he will be filing a separate status report requesting dismissal of the instant First Amended Complaint.

6. However, Plaintiff is authorized to represent that "Defendant does not object to the proposed schedule **if** the Court does not outright dismiss the pending amend[ed] complaint as Defendant suggests."

7. Plaintiff reserves the right to respond specifically to the arguments contained in the Defendants' Motion to Dismiss when it is filed.

8. However, because this is not the first time that Defendants have altered their protocol in the course of this litigation, and in the interests of expedition, Plaintiff would briefly observe that any argument that Plaintiff should have somehow have administratively exhausted the Etomidate Protocol before it was in existence violates notions of fundamental fairness and due process, evidences a misreading of Eleventh Circuit jurisprudence, and defies logic and common sense.[3]

**WHEREFORE**, the Plaintiff respectfully requests that this Court allow Plaintiff 30 days to file a

---

[2] Plaintiff Nixon, having received assistance from another inmate in completing the necessary forms, has fully exhausted his administrative remedies respecting the Etomidate Protocol as of June 27, 2017.

[3] *See Nixon v. Palmer, et. al*., 3:13-cv-433-MMH-MCR (Doc. 39).

Motion for Leave to Amend and Proposed Second Amended Complaint, 30 days for the Defendants to file a Response, and 15 days for the Plaintiff to file a Reply to Defendants' Response and/or set a status hearing to further address this matter.

Respectfully submitted,

**s/Maria DeLiberato**
Maria DeLiberato
Florida Bar No. 664251
Assistant Capital Collateral Counsel
Capital Collateral Regional Counsel - Middle
12973 N Telecom Parkway
Temple Terrace, FL 33637
(813) 558-1600
Email: Deliberato@ccmr.state.fl.us
*Local Counsel for Plaintiff*

**s/ Eric M. Freedman**
Eric M. Freedman, Esq.
Law Offices of Eric M. Freedman
250 W. 94th Street
New York, NY 10025
Telephone: (212) 665-2713
Facsimile: (212) 665-2714
Email: Eric.M.Freedman@Hofstra.edu
*Attorney for Plaintiff*
*Admitted pro hac vice*

**s/Moe Keshavarzi**
Moe Keshavarzi
California Bar No. 223759
Sheppard, Mullin, Richter & Hampton, LLP
333 S. Hope Street, 43rd Floor
Email: mkeshavarzi@sheppardmullin.com
(213) 617-5544
*Attorney for Plaintiff*
*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on November 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a notice of electronic filing to: Scott Browne, Senior Assistant Attorney General, scott.browne@myfloridalegal.com and capapp@myfloridalegal.com, and Mark Urban, Senior Assistant Attorney General, mark.urban@myfloridalegal.com and capapp@myfloridalegal.com.

      **s/Maria DeLiberato**
      Maria DeLiberato
      Florida Bar No. 664251
      Assistant Capital Collateral Counsel
      Capital Collateral Regional Counsel - Middle
      12973 N. Telecom Parkway
      Temple Terrace, FL 33637
      813-558-1600
      Email: Deliberato@ccmr.state.fl.us
      *Local Counsel for Plaintiff*