**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


JOE ELTON NIXON,

        Plaintiff,

v.                                        Case No.   3:14-cv-1152-J-34JBT

BARRY REDDISH, in his official capacity
as the Warden of Florida State Prison,
et al.,

        Defendants.

_____

## O R D E R

      **THIS CAUSE** is before the Court on Plaintiff's Status Report and Request to Set a Motion Schedule (Dkt. No. 49; Plaintiff's Report) and Defendants' Court-Ordered Status Report (Dkt. No. 50; Defendants' Report), both filed on November 3, 2017.  The Court previously stayed this action pending a decision by the Florida Supreme Court in Hitchcock v. State, SC 17-445.  The court has issued its ruling, Hitchcock v. State, 226 F.3d 216 (Fla. 2017), and the mandate entered on October 4, 2017.  See Plaintiff's Report at 1. As such, Plaintiff requests that the Court lift the stay and set a deadline for the Plaintiff to file a motion for leave to amend his complaint and a briefing schedule for consideration of that motion.  See Plaintiff's Report at 1.  Although Defendants assert that the current complaint must be dismissed,[1] they do not object to proceeding in the manner in which Plaintiff proposes.  See Defendants' Report at 3.  After due consideration, it is

_____

[1] The Court takes this opportunity to advise Defendants that the inclusion of this request for affirmative relief in Defendants' Report rather than filing a motion is improper.  See Rule 7(b)(1), Federal Rules of Civil

**ORDERED:**

1.      The stay is **LIFTED**, and the Clerk of the Court is directed to reopen this case.

2.      Plaintiff shall have up to and including **March 12, 2018**, to file a motion for leave to amend the complaint, which shall include the proposed second amended complaint.

3.      Defendants shall have up to and including **April 12, 2018**, to respond to the motion.

4.      Plaintiff shall have until **April 27, 2018**, to file a reply if deemed necessary.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of January, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

---

Procedure (Rules(s)); see also Rosenberg v. Gould, 554 F.3d 962, 967 (11th Cir. 2009) ("Where a request for leave to file an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly.") (quoting Posner v. Essex Ins. Co., 178 F.3d 1209, 1222 (11th Cir. 1999)). However, the Court will overlook this improper request in this instance based on the unusual procedural posture of this case.   Defendants are cautioned to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court in the future.